UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

THE INDEPENDENCE PROJECT, INC.,
a New Jersey Non-Profit Corporation, and
RONALD MOORE, Individually,

        Plaintiffs,
vs.

Case No.: 3:18-cv-15055-BRM-DEA

ITSNOTAHOBBY LLC, a New Jersey
Limited Liability Company,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, Timothy Tidwell, Individually, by and through his undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to the final execution of the settlement documents, and hereby requests:

1. The Plaintiff requests that pursuant to a Court Order, that the case be dismissed subject to the right of any party to file within sixty (60) days a stipulated form of final order or judgment or, on good cause shown, to move the Court to re-open the case for further proceedings.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of **February, 2020**, a true and correct copy of the foregoing was sent via e-mail to Attorneys for Defendant, Spencer B. Robbins, Esq., lawoffices@robbinsandrobbinsllp.com, Robbins & Robbins, LLP, 568 Amboy Ave, Woodbridge, NJ 07095.

Respectfully Submitted,

Keith Harris, Esq. (KH 4604)
Braff, Harris, Sukoneck & Maloof
570 W Mount Pleasant Ave., Suite 200
Livingston, N.J. 07039
Telephone: (973) 994 6677
Facsimile: (973) 994-1296
kharris@bhsm-law.com
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiff*