UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

THE INDEPENDENCE PROJECT, INC.,
a New Jersey Non-Profit Corporation, and
RONALD MOORE, Individually,

        Plaintiffs,
vs.

Case No.: 3:18-cv-15055-BRM-DEA

ITSNOTAHOBBY LLC, a New Jersey
Limited Liability Company,

        Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,

_____
Keith Harris, Esq. (KH4604)
Braff, Harris, Sukoneck & Maloof
570 W. Mt. Pleasant Avenue, Suite 200
Livingston, NJ 07039-0657
Telephone: (973) 994-6677
Facsimile: (973) 994-1296
kharris@bhsm-law.com
and
John P. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiffs*

_____
Spencer B. Robbins, Esq.
Robbins & Robbins, LLP
568 Amboy Avenue
Woodbridge, NJ 07095
Telephone: (732) 636-1600 x 213
Facsimile: (732) 636-2171
lawoffices@robbinsandrobbinsllp.com
*Attorneys for Defendant*

Date: _____

Date: _____