UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

THE INDEPENDENCE PROJECT, INC.,
a New Jersey Non-Profit Corporation, and
RONALD MOORE, Individually,

      Plaintiffs,

vs.                                  Case No.: 3:18-cv-15055-BRM-DEA

ITSNOTAHOBBY LLC, a New Jersey
Limited Liability Company,

      Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal with Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1.    The Stipulation for Dismissal with Prejudice filed herein by the Plaintiffs, and the Defendant, be and the same is hereby approved;

2.    The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3.    The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

4.    To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

DONE AND ORDERED in Chambers at  Trenton , New Jersey , this 18th day of May , 2020.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Attorneys of record